**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE **DIVISION**
**CRIMINAL ACTION NO.** 3:14-CR-00205-GCM-DCK

| | |
|---|---|
| USA**,** | ) |
| | ) |
| | ) |
| | ) |
| **v.** | )  **ORDER** |
| | ) |
| CHARLES ABRAMS**,** | ) |
| | ) |
| | ) |
| | ) |

　　　**THIS MATTER** is before the Court on its own Motion.  In advance of the June 6, 2016

trial date for Defendant, the Court orders that:

　　　Motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14,

16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no

later than **May 23, 2016**. Responses to those motions shall be filed no later than **May 30, 2016**.

Proposed jury instructions shall be filed no later than **May 30, 2016**.  Trial briefs are not required

but may be filed at the election of counsel if briefing would substantially aid the Court at trial.

　　　**SO ORDERED**.

Signed: April 29, 2016

Graham C. Mullen
United States District Judge